AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

GINA M. CANTY and
SEAN T. CANTY,

       Plaintiffs,         JUDGMENT IN A CIVIL CASE
  V.

                        CASE NUMBER: **3:11-cv-00130-RCJ-WGC**

INTEGRITY 1ST
FINANCIAL, LLC, et al.,

       Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion to Remand (#7) is **DENIED**.
      **IT IS FURTHER ORDERED** that Plaintiffs' Motion to File a Late Opposition (#16) is **GRANTED**.
      **IT IS FURTHER ORDERED** that LSI Title Agency's Motion to Dismiss Complaint and Motion to Expunge Lis Pendens (#25) is **DISMISSED as moot**.
      **IT IS FURTHER ORDERED** that MTC Financial Inc. dba Trustee Corps' Motion to Dismiss (#10) is **GRANTED** in its entirety without leave to amend.
      **IT IS FURTHER ORDERED** that PNC Bank, National Association's Motion to Dismiss (#12) is **GRANTED** in its entirety without leave to amend.
      **IT IS FURTHER ORDERED** that Stanley Silva's Motion to Dismiss (#19) is **GRANTED** in its entirety without leave to amend.
      **IT IS FURTHER ORDERED** that LSI Title Agency's Motion to Dismiss (#29) is **GRANTED** in its entirety without leave to amend.
      **IT IS FURTHER ORDERED** that the Court *sua sponte* dismisses all claims against Integrity 1st

Financial and Stewart Title Company.

    October 11, 2011                                             **LANCE S. WILSON**
                                                                           Clerk

                                                              /s/ D. R. Morgan
                                                                      Deputy Clerk